**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isabella Comanche, ) | No. CV-04-1593-PHX-LOA |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| United States of America, ) | |
| Defendant. ) | |

      This matter arises on the Court's review of the file. The parties, through counsel for the Government, filed a Notice of Settlement (Dkt. #44). On May 26, 2006, the Court ordered vacating the trial to the court scheduled for June 1st and 2nd, 2006 and further ordered that the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this Case and Order on or before June 26, 2006 (Dkt. #44). The Court further ordered if the parties were unable to comply with the Court's order in submitting a Stipulation to Dismiss, then the parties were to submit a Joint Status Report on or before June 26, 2006 on why additional time was necessary to finalize this matter.

      As of this date, the parties have failed to either file a Stipulation to Dismiss this Case and Order or submit a Joint Status Report on or before June 26, 2006.

      Because the period within which the parties were to file either a Stipulation for Dismissal or Joint Status Report has passed, the Court will order the parties to show cause in writing on or before **July 19, 2006** why the undersigned should not enter an Order of Dismissal With Prejudice.

Accordingly,

**IT IS HEREBY ORDERED** the parties show cause in writing on or before, **July 19, 2006** why the undersigned should not enter an Order of Dismissal With Prejudice.

DATED this 12th day of July, 2006.

Lawrence O. Anderson
United States Magistrate Judge