**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isabella Comanche, ) | No. CV-04-1593-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

This Court is in receipt of the parties' Response to Order to Show Cause (docket #47).

**IT IS ORDERED** that the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **August 31, 2006**. If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **August 31, 2006** on why additional time is necessary to finalize this matter.

DATED this 8th day of August, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge